JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>$25,270.00 IN U.S. CURRENCY,<br>ONE 2008 LEXUS IS350, AND<br>ONE 2006 LEXUS IS350,<br><br>      Defendants.<br>_____<br>JAMES E. OLIVER, JR. AND WENDY CLEMENS,<br><br>      Claimants. | NO.  CV 11-2872 VBF (MANx)<br><br>[PROPOSED]<br>**CONSENT JUDGMENT OF FORFEITURE** |

/ / /

/ / /

1

1  This action was filed on April 5, 2011.  Notice was given
2 and published in accordance with law.  Claimants James E.
3 Oliver, Jr. ("Oliver, Jr.") and Wendy Clemens ("Clemens") filed
4 claims on May 13, 2011 and May 27, 2011, respectively.  No
5 answers or any other claims have been filed, and the time for
6 filing claims and answers has expired.  The parties have reached
7 an agreement that is dispositive of this action and hereby
8 request that the Court enter this Consent Judgment of
9 Forfeiture.  The parties' agreement to this Consent Judgment is
10 dependent upon the filing and approval by the Court of the
11 Consent Judgment in the related case pending in this Court
12 entitled <u>United States vs. Two Real Properties Located in</u>
13 <u>Lancaster, California</u>, Case No. CV 11-2873 VBF.
14  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
15  1.   This Court has jurisdiction over the parties and the
16 subject matter of this action.
17  2.   Notice of this action has been given in accordance
18 with law.  Claimants Oliver, Jr. and Clemens represent that they
19 are unaware of any other persons or entities with a valid
20 interest in the defendants $25,270.00 in U.S. Currency; One 2008
21 Lexus IS350, VIN: JTHBE262585021745; and One 2006 Lexus IS350,
22 VIN: JTHBE262X65011323 (collectively, "defendants").  All
23 potential claimants to the defendants other than claimants
24 Clemens and Oliver, Jr. (collectively, "claimants") are deemed
25 to have admitted the allegations of the Complaint.  The
26 allegations set out in the Complaint are sufficient to establish
27 a basis for forfeiture.  The claimants are relieved of their
28 obligation to file answers in this litigation.

     3.   The United States of America shall have judgment as to the defendants $25,270.00 in U.S. Currency, with all interest earned by the government on the full amount of the defendant currency; One 2008 Lexus IS350, VIN: JTHBE262585021745; and One 2006 Lexus IS350, VIN: JTHBE262X65011323, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

     4.   Except as to such rights and obligations created by this Consent Judgment, Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Federal Bureau of Investigation, and officers and employees of the Los Angeles Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendants and the commencement of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimants, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

     5.   The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

/ / /

/ / /

/ / /

 6. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Judgment.

DATED: August 3, 2011

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: July ___, 2011     ANDRÉ BIROTTE JR.
                          United States Attorney
                          ROBERT E. DUGDALE
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                               /s/
                          KATHARINE SCHONBACHLER
                          Assistant United States Attorney

                          Attorneys for Plaintiff
                          United States of America


DATED: July ____, 2011         /s/
                          JANET SHERMAN
                          Attorney for Claimant
                          WENDY CLEMENS


DATED: July ____, 2011         /s/
                          WENDY CLEMENS, CLAIMANT


DATED: July ___, 2011          /s/
                          JAMES E. OLIVER, JR.
                          PRO SE CLAIMANT